[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 207.]

CONYNE ET AL., APPELLEES, *v*. CITY OF CINCINNATI, APPELLANT, ET AL.

[Cite as *Conyne v. Cincinnati*, 2001-Ohio-264.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-1928—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Hamilton County, No. C-000589.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Manley, Burke & Lipton, Timothy M. Burke* and *Rhonda S. Frey,* for appellees.

*Fay D. Dupuis*, City Solicitor, and *Richard Ganulin*, Assistant City Solicitor, for appellant.

————————————